1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

GARY SCHOUEST,

Plaintiffs,

Case No.  15-cv-03202-SI  (SI)

5

6

v.

**PRETRIAL PREPARATION ORDER
(CIVIL)**

7

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

8

Defendants.

9

10

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

11

FURTHER CASE MANAGEMENT: March 4, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the
conference.

12

13

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

14

NON-EXPERT DISCOVERY CUTOFF is: July 22, 2016.

15

16

DESIGNATION OF EXPERTS: 6/1/16; REBUTTAL: 6/17/16;
        Parties **SHALL** conform to Rule 26(a)(2).

17

EXPERT DISCOVERY CUTOFF is: July 22, 2016.

18

19

DISPOSITIVE MOTIONS **SHALL** be filed by; July 15, 2016;
        Opp. Due: July 29, 2016; Reply Due: August 5, 2016;
        and set for hearing no later than August 19, 2016 at 9:00 AM.

20

21

PRETRIAL CONFERENCE DATE: September 27, 2016 at 3:30 PM.

22

JURY TRIAL DATE: October 11, 2016 at 8:30 AM.
        Courtroom 10, 19th floor.

23

24

TRIAL LENGTH is estimated to be 5 to 7 days.

25

26

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation with Mr. Krivis by the end of February
2016.

27

28

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated:  11/2/15

SUSAN ILLSTON
United States District Judge