**LAW OFFICES OF MICHAEL HENDERSON**
MICHAEL S. HENDERSON (Bar No. 175608)
400 College Avenue
Santa Rosa, California 95401
Telephone: (707) 843-3743
Email: michaelhendersonlaw@gmail.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHOUEST,<br><br>        Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 3:15-cv-03202 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

THE PARTIES IN THE ABOVE ENTITLED ACTION, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff GARY SCHOUEST and defendant PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: 2/12/16                                                   **LAW OFFICES OF MICHAEL HENDERSON**

                                                                        By: _____/S/_____
                                                                           **MICHAEL S. HENDERSON**
                                                                           Attorney for Plaintiff

Dated:   2/12/16                                    **HENSHAW & CULBERTSON LLP**

By: _____/S/_____
    **MARTIN E. ROSEN**
    Attorneys for Defendant

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
HON. SUSAN ILLSTON
United States District Judge