**LAW OFFICES OF MICHAEL HENDERSON**
MICHAEL S. HENDERSON  (Bar No. 175608)
400 College Avenue
Santa Rosa, California  95401
Telephone:  (707) 843-3743
Email: michaelhendersonlaw@gmail.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| GARY SCHOUEST, | CASE NO. 3:15-cv-03202 SI |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 through 50, inclusive, | |
| Defendants. | |

THE PARTIES IN THE ABOVE ENTITLED ACTION, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff GARY SCHOUEST and defendant PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated:   2/12/16                                               **LAW OFFICES OF MICHAEL HENDERSON**


                                                                    By: _____/S/_____
                                                                    **MICHAEL S. HENDERSON**
                                                                    Attorney for Plaintiff

1

STIPULATION OF DISMISSAL

Dated:   2/12/16                                     **HENSHAW & CULBERTSON LLP**

By: _____/S/_____
    **MARTIN E. ROSEN**
    Attorneys for Defendant

## [~~PROPOSED~~] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   2/16/16

_____
HON. SUSAN ILLSTON
United States District Judge

STIPULATION OF DISMISSAL                           2